IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH ALEX MARTIN, | : | CIVIL ACTION NO. **1:CV-14-0377** |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | (Magistrate Judge Blewitt) |
| COVERGENT OUTSOURCING, INC., | : | |
| Defendant | : | |

# ORDER

AND NOW, this 5th day of **March, 2014, IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file an Amended Complaint by **March 31, 2014**, as specified in the foregoing Memorandum.

2. Plaintiff's Amended Complaint shall be filed to the same docket number as the instant action and shall be entitled "Amended Complaint."

3. Plaintiff's Amended Complaint shall be complete in all respects. It shall be a new pleading which stands by itself as an adequate complaint without reference to the complaint already filed. The amended complaint shall also be "simple, concise, and direct", as required by the Rules of Civil Procedure. Fed.R.Civ.P. 8(e)(1).



FILED
SCRANTON

MAR 05 2014

PER_____
       DEPUTY CLERK

4. Failure of Plaintiff to timely file his Amended Complaint will result in a recommendation that his action be dismissed.

THOMAS M. BLEWITT
United States Magistrate Judge

Dated: March 5, 2014